# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| HERMINIA DOLEMBA and ) <br> SCOTT DOLEMBA, ) <br> on behalf of plaintiff and a class, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> FIDELITY SECURITY LIFE INSURANCE ) <br> COMPANY, NFS INSURANCE AGENCY, LLC ) <br> and JOHN DOES 1-10, ) <br> ) <br> Defendants. ) | Case No. 1:18-cv-05977 <br><br> Judge John J. Tharp, Jr. <br> Magistrate Judge Sidney I. Schenkier |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiffs Herminia Dolemba and Scott Dolemba voluntarily dismiss their individual claims against defendants Fidelity Security Life Insurance and NFS Insurance Agency, LLC with prejudice and without costs. Plaintiffs Herminia Dolemba and Scott Dolemba voluntarily dismiss their class claims against defendants Fidelity Security Life Insurance Company and NFS Insurance Agency, LLC without prejudice and without costs. Plaintiffs Herminia Dolemba and Scott Dolemba voluntarily dismiss their claims against John Does 1-10 without prejudice and without costs.

Respectfully submitted,

s/ Heather Kolbus
Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

s/ A. Paul Heeringa (w/ consent)
A. Paul Heeringa
MANATT, PHELPS & PHILLIPS, LLP
151 N. Franklin, Suite 2600
Chicago, IL 60606
(312) 529-6308

## **CERTIFICATE OF SERVICE**

      I, Heather Kolbus, certify that on May 6, 2019, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF system which caused notice to be sent via email to the following:

A. Paul Heeringa
MANATT, PHELPS & PHILLIPS, LLP
151 N. Franklin, Suite 2600
Chicago, IL 60606
PHeeringa@manatt.com

                                              s/ Heather Kolbus
                                              Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
     & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379