UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Herminia Dolemba, et al.
                                                                                                      Plaintiff,

v.                                                                Case No.: 1:18−cv−05977
                                                                                      Honorable John J. Tharp Jr.

Fidelity Security Life Insurance Company, et al.
                                                                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 7, 2019:

      MINUTE entry before the Honorable John J. Tharp, Jr: Upon receipt of the stipulation of dismissal [23] pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all future hearings and deadlines are stricken and all pending motions are denied as moot. Civil case terminated. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.